ENT / JS-6

**FILED**
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROBERT ALAN BRACE, | Case No. CV 07-4784-AHS (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: JAN - 2 2008

_____
Alicemarie H. Stotler
Chief United States District Judge